The Honorable Lonny R. Suko

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| POW CONTRACTING, INC., a Washington corporation,<br><br>        Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>CONSOLIDATED SUPPLY CO., an Oregon corporation,<br><br>        Defendant/Counterclaim Plaintiff. | Case No. 1:16-cv-03134-LRS<br><br>ORDER ON STIPULATED MOTION TO SUBSTITUTE BOND COMPANY FOR DEFENDANT KITTITAS |
| CONSOLIDATED SUPPLY CO., an Oregon corporation,<br><br>        Third-Party Plaintiff,<br><br>    v.<br><br>SHELLEY and DALE AINSWORTH; THE KITTITAS COUNTY CONSERVATION DISTRICT; THE GUARANTEE COMPANY OF NORTH AMERICA USA; and CONTECH ENGINEERED SOLUTIONS, INC.,<br><br>        Third-Party Defendants. | |

ORDER ON STIPULATED MOTION TO SUBSTITUTE BOND COMPANY - 1
(Case No. 1:16-cv-03134-LRS)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

1  CONTECH ENGINEERED
2  SOLUTIONS, INC., a Delaware
   corporation,
3
                    Fourth-Party Plaintiff,
4
      v.
5
   DISSEN TECHNOLOGIES, INC., an
6  Oregon corporation,
7                   Fourth-Party Defendant.

8

9                                **ORDER**

10        Based on the stipulation of the parties, it is hereby ORDERED that

11  Old Republic Surety Company is substituted for defendant Kittitas County

12  Conservation District pursuant to the terms of the stipulation.

13        DATED this 2nd day of December, 2016.

14
                                    *s/Lonny R. Suko*
15

16  _____
                              Lonny R. Suko
17              Senior United States District Court Judge

18

19

20

21

22

23

24

25

26

ORDER ON STIPULATED MOTION TO SUBSTITUTE BOND COMPANY - 2
(Case No. 1:16-cv-03134-LRS)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

Presented by:

| | |
|---|---|
| By:  s/ *Brian W. Esler* | By:  s/ *Jason T. Piskel* |
| Brian W. Esler, WSBA #22168 | Jason T. Piskel, WSBA #35398 |
| By:  s/ *Tara M. O'Hanlon* | By:  s/ *Ryan D. Yahne* |
| Tara M. O'Hanlon, WSBA #45517 | Ryan D. Yahne, WSBA #35063 |
| Miller Nash Graham & Dunn LLP | Piskel Yahne Kovarik, PLLC |
| Pier 70 | 522 W Riverside Avenue, Suite 410 |
| 2801 Alaskan Way, Suite 300 | Spokane, WA 99201 |
| Seattle, WA 98121 | Telephone:  509.321.5930 |
| Telephone:  206.624.8300 | Fax:  509.321.5935 |
| Fax:  206.340.9599 | E-mail:  jtp@pyklawyers.com |
| E-mail:  brian.esler@millernash.com | E-mail:  ryan@pyklawyers.com |
| E-mail:  tara.ohanlon@millernash.com | |

Attorneys for Defendant/
Third-Party Plaintiff
Consolidated Supply Co.

Attorneys for Plaintiff/Counterclaim
Defendant/Third-Party Defendants
POW Contracting, Inc., Shelley and
Dale Ainsworth and Guarantee
Company of North America USA

By:  s/ *Bennett J. Hansen*
Bennett J. Hansen, WSBA #24205
Preg O'Donnell & Gillett PLLC
901 Fifth Avenue, Suite 3400
Seattle, WA 98164
Telephone:  206.287.1775
Fax:  206.287.9113
E-mail:  bhansen@pregodonnell.com

Attorneys for Third-Party
Defendant/Fourth-Party
Plaintiff Contech Engineered
Solutions

4828-7019-9101.1
073540-0162

ORDER ON STIPULATED MOTION TO SUBSTITUTE BOND COMPANY - 3
(Case No. 1:16-cv-03134-LRS)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON  98121