Ryan D. Yahne, WSBA #35063
Attorneys for Plaintiff
Piskel Yahne Kovarik, PLLC
522 W. Riverside Ave., Suite 410
Spokane, WA 99201
Telephone: 509.321.5930
Fax: 509.321.5935
ryan@pyklawyers.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| POW CONTRACTING, INC., a Washington corporation; | NO. 16-CV-03134-LRS |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CONSOLIDATED SUPPLY CO., an Oregon corporation; | |
| Defendant/Counterclaim Plaintiff. | |
| CONSOLIDATED SUPPLY CO., an Oregon corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| SHELLEY and DALE AINSWORTH; THE KITTITAS COUNTY CONSERVATION DISTRICT; THE GUARANTEE COMPANY OF NORTH AMERICA USA; and CONTECH ENGINEERED SOLUTIONS, | |

ORDER OF DISMISSAL - 1



| | |
|---|---|
| INC.,     Third-Party Defendant(s). | ) )  ) |
| CONTECH ENGINEERED SOLUTIONS, INC., a Delaware corporation, | ) ) ) ) ) |
|     Fourth-Party Plaintiff, | ) ) |
| v. | ) ) |
| DISSEN TECHNOLOGIES, INC., an Oregon corporation, | ) ) ) |
|     Fourth-Party Defendant. | ) ) ) |

## **ORDER**

Pursuant to POW Contracting, Inc., Shelley and Dale Ainsworth, The Guarantee Company of North America USA, Motion to Dismiss, the agreement of all Parties at Mediation, and the Court finding good cause, the above-entitled action, including all claims and counterclaims, is hereby dismissed with prejudice and without attorney fees or costs to any party.

DONE IN OPEN COURT this __29th__ day of August, 2017.

*s/Lonny R. Suko*
_____
HONORABLE LONNY R. SUKO

ORDER OF DISMISSAL - 2